UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 06-0357M-01 (CR) |
| | : | |
| **KARREN POTTS,** | : | VIOLATIONS: 18 U.S.C. §371 |
| **Defendant.** | : | (Conspiracy to Transport Stolen Goods); |
| | : | 22 D.C.Code §3231 |
| | : | (Trafficking in Stolen Property) |

## I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE

### A.  The Conspiracy

Between on or about October 24, 2003, and August 23, 2005, within the District of Columbia and elsewhere, **KARREN POTTS**, did knowingly and willfully combine, conspire, confederate and agree with another, whose identity is known, to commit offenses against the United States and to unlawfully, knowingly, and intentionally, transport, transmit, and transfer in interstate commerce goods, wares, and merchandise, of the value of $5,000 or more, knowing the same to have been stolen, converted, and taken by fraud, that is, Conspiracy to Transport Stolen Goods in Interstate Commerce, 18 U.S.C. § 2314.

### B.  Object of Conspiracy

The object of the conspiracy was to profit, receive consideration, and make money by obtaining stolen property in the District of Columbia and transporting the stolen property to the State of Maryland for sale.

**C.  Manner and Means of the Conspiracy**

It was a part of the conspiracy that **KARREN POTTS** and Conspirator "A," both of whom were then employees of the United States Government Printing Office, would and did, on multiple occasions, agree that Conspirator "A" would take and steal from the United States Government Printing Office in the District of Columbia, laser printer cartridges.

It was further a part of the conspiracy that Conspirator "A" would and did, on multiple occasions, take and steal from the United States Government Printing Office in the District of Columbia, laser printer cartridges.

It was further a part of the conspiracy that **KARREN POTTS** and Conspirator "A" would and did, on multiple occasions, transport the stolen laser printer cartridges from the District of Columbia to the State of Maryland for sale.

It was further a part of the conspiracy that **KARREN POTTS** and Conspirator "A" would profit from the theft of the laser printer cartridges belonging to the United States Government Printing Office.

It was further a part of the conspiracy that **KARREN POTTS** and Conspirator "A" would use surreptitious means to avoid detection of their unlawful enterprise by the United States Government Printing Office and other authorities.

**D.  Overt Acts**

During the existence of the conspiracy, and in further thereof, **KARREN POTTS** committed the following overt acts, among others:

1)  On or about July 6, 2005, **KARREN POTTS** unlawfully, knowingly, and intentionally, transported, transmitted, and transferred in interstate commerce from the District of Columbia to Bladensburg, Maryland, goods, wares, and merchandise, that is, laser printer cartridges which were

stolen, converted and taken by fraud from the United States Government Printing Office, knowing

the same to have been stolen, converted and taken by fraud.

2)  On or about August 23, 2005,  **KARREN POTTS** unlawfully, knowingly, and intentionally,

transported, transmitted, and transferred in interstate commerce from the District of Columbia to

Bladensburg, Maryland, goods, wares, and merchandise, that is, laser printer cartridges which were

stolen, converted and taken by fraud from the United States Government Printing Office, knowing

the same to have been stolen, converted and taken by fraud.

3)  On forty other occasions on, about, or between October 23, 2003, and August 23, 2005,

**KARREN POTTS** unlawfully, knowingly, and intentionally, transported, transmitted, and

transferred in interstate commerce from the District of Columbia to Bladensburg, Maryland, goods,

wares, and merchandise, that is, laser printer cartridges which were stolen, converted and taken by

fraud from the United States Government Printing Office, knowing the same to have been stolen,

converted and taken by fraud.

> (**Conspiracy to Transport Stolen Goods in Interstate Commerce**, in violation of Title 18,
> United States Code, Section 371)

## COUNT TWO

On, about, or between July 6, 2005, and August 23, 2005,  within the District of Columbia,

**KARREN POTTS**, did, on two or more separate occasions,  traffic in property, while knowing and

having reason to believe that the property was stolen, in that **KARREN POTTS** bought, received,

possessed, and obtained control of property belonging to the United States Government Printing

Office, consisting of laser printer cartridges, with the intent to sell, pledge, transfer, distribute,

dispense, and otherwise dispose of said laser printer cartridges as consideration for something of

value, that is, United States currency.

      (**Trafficking in Stolen Property**, in violation of Title 22, District of Columbia Code, Section 3231 (2005 ed.))

              KENNETH L. WAINSTEIN
              Attorney of the United States in
              and for the District of Columbia
              Bar No. 451-058


BY:          _____

              CATHERINE K. CONNELLY
              Assistant United States Attorney
              Mass.  Bar No. 649430
              Federal Major Crimes Section
              555 4th Street, N.W., Room 4844
              Washington, D.C. 20530
              (202) 616-3384