**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**v.**

CR No.    06- 0255 CRMU

_Karren Potts_
**Defendant**

## CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE FOR INQUIRY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 11

The United States Magistrate Judge has explained to me that I am charged with a felony and that the Magistrate Judge, with my consent, may report and recommend that my plea of guilty to a felony be accepted.  I hereby consent to the Magistrate Judge exercising this authority in my case.

### WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury

I HEREBY Waive (give up) my right to trial by jury:  _____
Defendant's signature

Consented to by the United States:  _____
Signature of Government Counsel

_Catherine Connelly_
Print Name and Title

### REPORT AND RECOMMENDATION

On  _09/18/06_  (date) the defendant appeared before me and expressed his/her desire to plead guilty.  Having made the inquires required by Fed. R. Crim. P. 11, I am convinced that the defendant is pleading guilty voluntarily with a full awareness of the consequences and of the rights he/she is surrendering by plead of guilty.  I am also certain, based on the government's proffer, that there is sufficient evidence to convince a reasonable person that the defendant is guilty beyond a reasonable doubt.  I therefore recommend the acceptance of his plea of guilty.

_____
United States Magistrate Judge