United States District Court
for the District of Columbia

**FILED**

SEP 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                     WAIVER OF INDICTMENT

KARREN POTTS

Case Number: 06-0255 (RMU)

I, **Karren Potts**, the above named defendant, who is accused of **Conspiracy to Transport Stolen Goods, 18 United States Code, 371 and Trafficking in Stolen Property, Title 22, District of Columbia Code, Section 3231 (2005 ed.),** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **September 18, 2006,** prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Magistrate Judge John M. Facciola
for Judge Ricardo M. Urbina