U.S. Department of Justice
U.S. Attorneys

# United States District Court
## for the District of Columbia

FILED

SEP 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Case No. 06-255 (RMU)

KARREN POTTS

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this 09/18/06 day of September, 2006, ORDERED;

3. That if the defendant is released on bond that he or she be accompanied on at 9:00am on September 21, 2006, at 300 Indiana Ave., NW by Special Agent Hud Coughlin or Walter B. Martin to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to N/A _____ for "routine processing," and that this be a condition of being released on bond;

4. ~~That if the defendant is not released on bond the United States Marshal shall release the defendant to the custody of XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX for the purpose of "routine processing" and at the conclusion thereof to return the defendant to the custody of the Marshal.~~

_____
Judge (U.S. Magistrate)

DOJ USA-16-1-80