UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
         v.                       :   Criminal Action No.: 06-255 (RMU)
                                  :
Kannon Potts,                     :   FILED
                                  :
         Defendant(s).             :   SEP 18 2006
                                      NANCY MAYER WHITTINGTON, CLERK
                                      U.S. DISTRICT COURT

### SENTENCING SCHEDULING ORDER[1]

It is this __18__ day of __September__ 2005,

ORDERED that the sentencing in this matter be set for __December 12, 2006__ at __10:00 a.m.__; and it is

FURTHER ORDERED that the probation officer assigned to this case disclose the draft pre-sentence investigation report to the parties 30 business days[2] after the date of the court's referral; and it is

ORDERED that counsel submit objections (if any) to the probation officer within 8 business days of that disclosure; and it is

FURTHER ORDERED that the probation officer disclose to the parties and file with the court the final pre-sentence investigation report within 8 business days of the submission of objections; and it is

ORDERED that any party wishing to submit a memorandum in aid of sentencing must do so no later than 8 business days after the probation officer discloses the final pre-sentence investigation report, with responses (if any) due 4 business days thereafter. These memoranda and any responses thereto must cite to supporting legal authority.

**SO ORDERED.**

                                         Ricardo M. Urbina
                                         United States District Judge

---

[1] Revised January 2005.

[2] A "business day" is any day that is not a Saturday, Sunday, or "legal holiday" as defined by Federal Rule of Criminal Procedure 45(a).