IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 06-255 (RMU) |
| v. | ) | |
| | ) | |
| **KARREN POTTS** | ) | |
| | ) | |

**ORDER**

Upon consideration of defendant's consent motion to modify her conditions of release, it is this _____ day of October, 2006, hereby

**ORDERED** that defendant is not required to report to pretrial services for weekly drug testing.

_____
RICARDO M. URBINA
United States District Judge