UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 06-255 (RMU)
:
KARREN POTTS, :
:
Defendant. :

### ORDER

Upon consideration of the defendant's motion to modify the conditions of release, it is this 23rd day of October 2006 hereby

**ORDERED** that the defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the defendant is not required to report to Pretrial Services for weekly drug testing.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

FILED
OCT 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT