HONORABLE RICARDO M. URBINA, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-255-01</u> |
| vs. | : | SSN: |
| POTTS, Karren | : | Disclosure Date: <u>October 19, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
Prosecuting Attorney                                Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*[signed] Karren Potts*  10-25-06    *[signed] Rita Bosworth*  10/25/06
Defendant            Date              Defense Counsel      Date
*[signed] Karren Potts*  12-12-06    *[signed] Rita Bosworth*  12-12-06

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 03, 2006</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Acting Chief
     United States Probation Officer

Receipt and Acknowledgment                                    Page 2

Page 6, ¶ 18: Ms. Potts's father's name is CURTIS, not Cederic.

Page 6, ¶ 21: Ms. Potts's daughter's name is NATASHA, not NATARSHA

Page 7, ¶ 26: Ms. Potts's friend's name is Rita MAJETT, not MAJATT

Page 7, ¶ 29: Ms. Potts was burned when Mr. Fountain's hand slipped from the handle of the pot, not Ms. Potts's hand.

Throughout: Ms. Potts prefers to go by "Ms." rather than "Mrs." due to the fact that she is separated.


Signed by: _Rita Bowry_____
(Defendant/Defense Attorney/AUSA)

Date: 10-25-06