UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :
                                 :
            v.                   :    Criminal Action No.: 06-255 (RMU)
                                 :
KARREN POTTS,                    :
                                 :
            Defendant.           :

**ORDER**

FILED
DEC 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 12th day of December 2006,

**ORDERED** that a progress hearing in the above-captioned case shall take place on June 11, 2007 at 10:30.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge