UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 06-255 (RMU) |
| KARREN POTTS, | : | |
| Defendant. | : | |

**ORDER**

**FILED**
JUN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 11th day of June 2007,

**ORDERED** that a progress hearing in the above-captioned case shall take place on _Dec. 11, 2007_ at _1:30_.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge